UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE LITIGATION PRACTICE GROUP PC, DANIEL S. MARCH, JOHN DOE 1-10,<br><br>　　　　　　Defendants. | No. 3:22-cv-5483<br><br>**NOTICE OF REMOVAL**<br><br>(Clark County Superior Court Cause No. 22-2-01281-06) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants The Litigation Practice Group PC ("Litigation Practice"), and Daniel S. March ("March) (collectively, "**Defendants**") hereby remove the above-identified action, originally filed in the Superior Court of the State of Washington for the County of Clark, Cause No. 22-2-01281-06, to the United States District Court for the Western District of Washington.

In support of removal, Defendants state the following:

1. Plaintiff filed his Complaint in the Superior Court of the State of Washington, Clark County, captioned *Nathen Barton v. The Litigation Practice Group PC, et al*.

2. Plaintiff's Complaint asserts, *inter alia*, claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227, against Defendants.

NOTICE OF REMOVAL - 1

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which Defendant is entitled to remove to this Court under 28 U.S.C. § 1441, in that the action includes a claim arising under the laws of the United States, specifically the Telephone Consumer Protection Act, 47 U.S.C. § 227.

4. This Court has supplemental jurisdiction over Plaintiff's state law claims, under 28 U.S.C. § 1367, in that they arise out of the same case or controversy as the federal claims alleged.

5. This Notice is filed within the 30-day period prescribed in 28 U.S.C. § 1446(b). Plaintiff filed his complaint in the Clark County Court on May 26, 2022. The first time any of the Defendants became aware of that complaint was on June 1, 2022 when the complaint was purportedly served on them. Removal to this Court is proper because this is the "district and division embracing the place where [the state court] action is pending." 28 U.S.C. § 1441(a).

6. Removal of this action to the United States District Court for the Western District of Washington is proper pursuant to 28 U.S.C. § 1441(a) because this District encompasses the Superior Court of the State of Washington, County of Clark, the forum in which this action is pending. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, and this action may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b).

7. Pursuant to 28 U.S.C. § 1446(a), the Defendants have attached hereto true and correct copies of all process, pleadings, and orders served upon it as of the date of this Notice of Removal of Action. A copy of the summons, complaint and Declaration are attached as Exhibit 1. *See* 28 U.S.C. § 1446(a); LCR 101(b).

8. Venue in the Western District of Washington is proper because the complaint was filed in the Clark County Superior Court, which is situated in the Western District of

NOTICE OF REMOVAL - 2

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789

Washington. 28 U.S.C. § 1441(a). A copy of this Notice of Removal of Action will be filed with the Clerk of the Superior Court of the State of Washington, County of Clark, and served upon Plaintiff.

9. Promptly after the filing of this Notice of Removal, Defendants will give written notice thereof to Plaintiff and will file a copy of this Notice with the Superior Court of the State of Washington, Clark County.

WHEREFORE, Defendants hereby give notice that the above-captioned action filed by Plaintiff is hereby removed to this Court; and that

Further proceedings in the above-captioned action in the Superior Court of the State of Washington, County of Clark, should be discontinued, and this action should be removed to the United States District Court for the Western District of Washington, and no further proceedings in this action should be concluded in this Court as provided by law.

DATED this 1st day of July, 2022.

HILLIS CLARK MARTIN & PETERSON P.S.

By  s/ *Eric D. Lansverk*
Eric D. Lansverk, WSBA #17218
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789
eric.lansverk@hcmp.com

*Attorneys for Defendants*

NOTICE OF REMOVAL - 3

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Fax: (206) 623-7789

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served via regular U.S. mail this 1st day of July, 2022, upon the following:

Nathen Barton
4618 NW 11th Cir.
Camas, WA 98607
*Pro Se Plaintiff*

DATED this 1st day of July, 2022, at Seattle, Washington.

*s/ Eric D. Lansverk*
Eric D. Lansverk, WSBA #17218
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
eric.lansverk@hcmp.com

*Attorneys for Defendants*

ND: 30134.001 4863-0329-1943v2

NOTICE OF REMOVAL - 4

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789