1
2
3
4
5
6
7
8
9
10
11
12

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF CLARK

| NATHEN BARTON, | Case No.: |
|---|---|
| Plaintiff | SUMMONS (60 DAYS) |
| v. | |
| THE LITIGATION PRACTICE GROUP PC, DANIEL S MARCH, JOHN DOE 1-10, | |
| Defendants | |

13

14    TO THE DEFENDANT: A lawsuit has been started against you in the above entitled court
15 by Nathen Barton, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is
16 served upon you with this summons.

17    In order to defend against this lawsuit, you must respond to the complaint by stating your
18 defense in writing, and by serving a copy upon the person signing this summons within 60 days
19 after the service of this summons, excluding the day of service, or a default judgment may be
20 entered against you without notice. A default judgment is one where plaintiff is entitled to what
21 she or he asks for because you have not responded. If you serve a notice of appearance on the
22 undersigned person, you are entitled to notice before a default judgment may be entered.

Clark County Superior Court Summons   Page 1 of 2

1  You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand
2  must be in writing and must be served upon the person signing this summons. Within 14 days
3  after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on
4  you of this summons and complaint will be void.

5  If you wish to seek the advice of an attorney in this matter, you should do so promptly so
6  that your written response, if any, may be served on time.

7  This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of
8  Washington.

3/24/2022
(dated)

_____
(signed)

Nathen Barton
(469) 347-2139
4618 NW 11th Cir
Camas WA 98607

**CLARK COUNTY SUPERIOR COURT**
https://clark.wa.gov/superior-court
(360) 397-2292
1200 Franklin Street
Vancouver WA 98660