

FILED

2022 MAY 26 PM 3: 14

SCOTT G. WEBER, CLERK
CLARK COUNTY

22  2  01281  06

---

**DISTRICT COURT OF WASHINGTON
FOR THE COUNTY OF CLARK**

No. _____

# Nathen Barton

_____

Petitioner                                        (DOB)

vs.

**LITIGATION PRACTICE GROUP PS**

_____

Respondent                                     (DOB)

**Declaration re: Service Members Civil
Relief Act
(Optional Use)
(AFSCR)**

---

I (name) **Nathen Barton** _____, *Declare* that:

1.    Service member status ---

      (Name of nonmoving party) **LITIGATION PRACTICE GROUP PS** _____

      **[X]**  is not a service member.
      **[ ]**  is a service member (fill out below):

| | | | |
|---|---|---|---|
| ☐ U.S. Armed<br>   Forces<br>☐ National Guard<br>   or Reserves | ☐ Washington<br>☐ **Not** Washington | ☐ On active<br>   military duty<br>☐ **Not** on active<br>   military duty | *In this case, the service member:*<br>☐ has his/her own lawyer.<br>☐ has a lawyer appointed by the court.<br>*The court:*<br>☐ has suspended or delayed this case.<br>☐ has **not** suspended or delayed this case. |

      ☐  I am unable to determine whether the nonmoving party is or is not on active duty in the U.S.
          armed forces;
      ☐  I am unable to determine whether the nonmoving party is or is not on active duty as a
          National Guard member or a Reservist residing in Washington.

      **The information above is based on the following**:

      ☐  See the attached Department of Defense Manpower Data Center Status Report Pursuant to
          Servicemembers Civil Relief Act (SCRA) obtained from

---

https://www.dmdc.osd.mil/appj/scra/. (You must have the person's social security number to search in this site.)

[X] My personal knowledge (explain):

## LITIGATION PRACTICE GROUP PS is a company

2.      Dependent of a service member status ---

(Name of the nonmoving party) __LITIGATION PRACTICE GROUP PS__

[X] is not a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist;

[ ] is a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist:

      [ ] The nonmoving party is represented by an attorney.
      [ ] The court has appointed an attorney to represent the nonmoving party.
      [ ] A stay of these proceedings [ ] has [ ] has not been entered by the court;

[ ] I am unable to determine whether the nonmoving party is a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist.

**The information above is based on the following**:

[ ] The nonmoving party failed to respond to a notice to him or her as a dependent of a person in Military Service that was [ ] served on [ ] mailed by first class mail on (date) _____ , therefore he or she should be presumed not a dependent of a resident of Washington who is on active duty and is a National Guard member or a Reservist.

[X] My personal knowledge (explain):

## LITIGATION PRACTICE GROUP PS is a company

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at (city) __**Vancouver**__ , (state) __**WA**__ on (date) __**5/26/2022**__ .

Signature of Petitioner or Lawyer/WSBA No.

**Nathen Barton**

Print Name